# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | No. 07-05058-01-CR-SW-GDK |
| David Lorenzo Fletcher, | ) ) ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court are Defendant's Motion to Suppress Evidence and Statements (Doc. #21), the Government's Response (Doc. #23), United States Magistrate Judge James C. England's initial and amended reports recommending that the evidence not be suppressed (Docs. #30 and #32) and Defendant's Objections to the Magistrate's Report and Recommendation (Doc. #34).

After carefully reviewing the Magistrate's reports and conducting an independent review of the record and applicable law, it is hereby ORDERED that Magistrate Judge England's Report and Recommendations be ADOPTED. Defendant's motion to suppress is hereby DENIED.

**IT IS SO ORDERED**

Date: August 26, 2008        /s/ Greg Kays
                             GREG KAYS, JUDGE
                             UNITED STATES DISTRICT COURT